# UNITED STATES DISTRICT COURT
for the
District of Oregon

| | |
|---|---|
| **LEON WEINGRAD, individually and on behalf of a class of all persons and entities similarly situated** | ) ) ) ) ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 3:26-cv-342 |
| **DENNY'S, INC.** | ) ) ) ) |
| *Defendant* | |

## AFFIDAVIT OF SERVICE

I, Mikhael Goldgisser, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to DENNY'S, INC. in Broward County, FL on February 24, 2026 at 1:23 pm at 1200 S Pine Island Rd, Ste 250, Plantation, FL 33324-4459 by leaving the following documents with Donna Moch who as INTAKE_SPECIALIST at CT Corp is authorized by appointment or by law to receive service of process for DENNY'S, INC..

SUMMONS IN A CIVIL ACTION, CLASS ACTION COMPLAINT AND DEMAND FOR JURY TRIAL, CIVIL COVER SHEET
Race: White, Sex: Female, Est. Age: 45-54, Hair: Brown, Glasses: N, Est. Weight: 140 lbs to 160 lbs, Est. Height: 5' 6" to 5' 9".
Geolocation of Serve: https://google.com/maps?q=26.1061221667,-80.2612833333
Photograph: See Exhibit 1

Total Cost: $85.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in ____Broward County_____,

____FL_____ on ___2/25/2026_____.

/s/ *Mikhael Goldgisser*
_____
Signature
Mikhael Goldgisser
+1 (386) 503-0431



Exhibit 1a)