Timothy J. Fransen, OSB No. 073938
tfransen@cosgravelaw.com
COSGRAVE VERGEER KESTER LLP
900 SW Fifth Avenue, 24th Floor
Portland, Oregon 97204
Telephone:   (503) 323-9000
Facsimile:    (503) 323-9019

Attorneys for Defendant Denny's, Inc.

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| LEON WEINGRAD, individually and on behalf of a class of all persons and entities similarly situated,<br><br>            Plaintiff,<br><br>     v.<br><br>DENNY'S, INC.,<br><br>            Defendant. | Case No. 3:26-cv-00342-JR<br><br>**DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT** |

### LR 7-1 CERTIFICATION

Counsel for Defendant conferred with Counsel for Plaintiff regarding this extension. The Motion is unopposed.

### MOTION

Defendant Denny's, Inc., under Federal Rule of Civil Procedure 6(b) and Local Rule 16-3, hereby moves the Court for a 30-day extension of time—through April 16, 2026—to answer or otherwise plead in response to Plaintiff's Class Action Complaint. Defendant states as follows in support:

Page 1 -   **DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**

Cosgrave Vergeer Kester LLP
900 SW Fifth Avenue, 24th Floor
Portland, Oregon 97204
Telephone: (503) 323-9000
Facsimile: (503) 323-9019

1.  Defendant's current deadline to respond to the complaint is March 17, 2026. *See* ECF No. 4.

2.  Since being served with the Complaint, Defendant and its counsel have worked diligently to investigate the allegations in the complaint, obtain the information necessary to respond to those allegations, and prepare the appropriate responsive pleading. Defendant and its counsel, however, need more time to complete the investigative process and draft a response—particularly because they were recently retained.

3.  This is Defendant's first request for an extension, and no prejudice will result from granting Defendant's request.

4.  The Court has already set prelimimary discovery and pre-trial deadlines. The parties will confer at the Rule 26(f) conference and propose a modified scheduling order, if necessary, for the Court's consideration.

5.  This request is made for good cause and not for delay.

Accordingly, Defendant respectfully requests that the Court grant this Motion and allow it until April 16, 2026, to answer, move, or otherwise respond to the complaint.

DATED: March 13, 2026

COSGRAVE VERGEER KESTER LLP

*s/ Timothy J. Fransen*
Timothy J. Fransen, OSB No. 073938
tfransen@cosgravelaw.com
Telephone: 503-323-9000
Facsimile: 503-323-9019

Matthew A. Keilson (*pro hac vice* forthcoming)
WATSTEIN TEREPKA LLP
jruley@wtlaw.com
75 14th St. NE, Ste. 2600
Atlanta, GA 30309
Telephone: 404-782-0695

Attorneys for Defendant Denny's, Inc.

Page 2 -   **DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**

# CERTIFICATE OF SERVICE

I hereby certify that I served a true and correct copy of the foregoing **DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT** on the date indicated below by:

☐    mail with postage prepaid, deposited in the US mail at Portland, Oregon,

☐    hand delivery,

☐    facsimile transmission,

☐    overnight delivery,

☒    electronic filing notification.

If served by facsimile transmission, attached to this certificate is the printed confirmation of receipt of the documents generated by the transmitting machine. I further certify that said copy was placed in a sealed envelope delivered as indicated above and addressed to said attorney at the address listed below:

Andrew Roman Perrong
Perrong Law LLC
2657 Mount Carmel Ave.
Glenside, PA 19038
a@perronglaw.com

Attorney for Plaintiff and the Proposed Class

DATED: March 13, 2026

*s/ Timothy J. Fransen*
Timothy J. Fransen

Page 1 – **CERTIFICATE OF SERVICE**

Cosgrave Vergeer Kester LLP
900 SW Fifth Avenue, 24th Floor
Portland, Oregon 97204
Telephone: (503) 323-9000
Facsimile: (503) 323-9019