Timothy J. Fransen, OSB No. 073938
tfransen@cosgravelaw.com
**COSGRAVE VERGEER KESTER LLP**
900 SW Fifth Avenue, 24th Floor
Portland, Oregon 97204
Telephone: (503) 323-9000
Facsimile: (503) 323-9019

Ryan D. Watstein (*Pro Hac Vice* forthcoming)
ryan@wtlaw.com
Matthew A. Keilson (*Pro Hac Vice* forthcoming)
mkeilson@wtlaw.com
**WATSTEIN TEREPKA LLP**
75 14th Street NE, Suite 2600
Atlanta, GA 30309
Telephone: (404) 783-0695

        *Attorneys for Defendant Denny's, Inc.*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

### EUGENE DIVISION

| | |
|---|---|
| LEON WEINGRAD, individually and on behalf of all person and entities similarly situated,<br><br>        Plaintiff,<br><br>    v.<br><br>DENNY'S, INC.,<br><br>        Defendant. | Case No. 3:26-cv-00342-JR<br><br>**DEFENDANT DENNY'S, INC.'S CORPORATE DISCLOSURE STATEMENT** |

Under Federal Rule of Civil Procedure 7.1, Defendant Denny's, Inc. hereby states as follows:

1. Denny's, Inc. is a wholly owned subsidiary of Denny's Corporation; and

Page 1 - **DEFENDANT DENNY'S, INC.'S CORPORATE DISCLOSURE STATEMENT**

2.  Denny's Corporation was formerly publicly traded on the NASDAQ composite under the

ticker symbol DENN, but it is now a privately held company.

Dated: April 22, 2026.

COSGRAVE VERGEER KESTER LLP

*s/ Timothy J. Fransen*

Timothy J. Fransen, OSB No. 073938
tfransen@cosgravelaw.com
Telephone: 503-323-9000
Facsimile: 503-323-9019

Ryan D. Watstein (*Pro Hac Vice* forthcoming)
ryan@wtlaw.com
Matthew A. Keilson (*Pro Hac Vice* forthcoming)
mkeilson@wtlaw.com
WATSTEIN TEREPKA LLP
75 14th Street NE, Suite 2600
Atlanta, Georgia 30309
Telephone: 404-783-0695

Attorneys for Defendant Denny's, Inc.

COSGRAVE VERGEER KESTER LLP
900 SW Fifth Avenue, 24th Floor
Portland, Oregon 97204
Telephone: (503) 323-9000
Facsimile: (503) 323-9019

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I served a true and correct copy of the foregoing **DEFENDANT DENNY'S, INC.'S CORPORATE DISCLOSURE STATEMENT** on the date indicated below by:

☐      mail with postage prepaid, deposited in the US mail at Portland, Oregon,

☐      hand delivery,

☐      facsimile transmission,

☐      overnight delivery,

☒      **electronic filing notification.**

If served by facsimile transmission, attached to this certificate is the printed confirmation of receipt of the documents generated by the transmitting machine.  I further certify that said copy was placed in a sealed envelope delivered as indicated above and addressed to said attorney at the address listed below:

Andrew Roman Perrong
Perrong Law LLC
2657 Mt. Carmel Ave.
Glenside, PA 19038
a@perronglaw.com

*Attorneys for Plaintiff*

DATED:  April 22, 2026

           *s/ Timothy J. Fransen*
           Timothy J. Fransen

Page 1 – **CERTIFICATE OF SERVICE**