Timothy J. Fransen, OSB No. 073938
tfransen@cosgravelaw.com
**COSGRAVE VERGEER KESTER LLP**
900 SW Fifth Avenue, 24th Floor
Portland, Oregon 97204
Telephone: (503) 323-9000
Facsimile: (503) 323-9019

Matthew A. Keilson (*Pro Hac Vice*)
mkeilson@wtlaw.com
Rebecca Rhym (*Pro Hac Vice*)
rrhym@wtlaw.com
**WATSTEIN TEREPKA LLP**
75 14th Street NE, Suite 2600
Atlanta, GA 30309
Telephone: (678) 372-0408

*Attorneys for Defendant Denny's, Inc.*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF OREGON
### PORTLAND DIVISION

| | |
|---|---|
| LEON WEINGRAD, individually and on behalf of all persons and entities similarly situated,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>　DENNY'S, INC.,<br><br>　　　　　Defendant. | Case No. 3:26-cv-00342-JR<br><br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |

Page 1 - **JOINT STIPULATION OF**
　　　　**DISMISSAL WITH PREJUDICE**

Plaintiff Leon Weingrad and Defendant Denny's, Inc., by and through their respective undersigned counsel, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby file this Joint Stipulation of Dismissal with Prejudice of the above-styled action. Plaintiff and Defendant shall each bear their own attorneys' fees and costs. All parties have reviewed this stipulation.

Dated: July 15, 2026

Matthew A. Keilson
Matthew A. Keilson (*Pro Hac Vice*)
mkeilson@wtlaw.com
Rebecca Rhym (*Pro Hac Vice*)
rrhym@wtlaw.com
**WATSTEIN TEREPKA LLP**
75 14th Street NE, Suite 2600
Atlanta, GA 30309
Telephone: (678) 372-0408

Timothy J. Fransen, OSB No. 073938
tfransen@cosgravelaw.com
**COSGRAVE VERGEER KESTER LLP**
900 SW Fifth Avenue, 24th Floor
Portland, Oregon 97204
Telephone: (503) 323-9000
Facsimile: (503) 323-9019

*Attorneys for Defendant Denny's, Inc.*

*Andrew Roman Perrong*
Andrew Roman Perrong
Perrong Law LLC
1669 Edgewood Road, Suite 218
Yardley, PA 19067
Telephone: (215) 225-5529
a@perronglaw.com

*Lead Counsel for Plaintiff and the Proposed Class*

Page 2 - **JOINT STIPULATION OF
DISMISSAL WITH PREJUDICE**